DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCIA KUNTZWILER,**
Appellant,

v.

**ARROWHEAD CONDOMINIUMS, INC.,**
Appellee.

No. 4D21-1142

[August 12, 2021]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE20-004621.

Philippe Symonovicz, Fort Lauderdale, for appellant.

Scott R. Shapiro, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***